# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-4031

_____

United States of America,      *
       *
         Appellee,     *
       *   Appeal from the United States
      v.        *   District Court for the
       *   District of Nebraska.
Alberto Torres,     *
       *   [UNPUBLISHED]
         Appellant.     *

_____

Submitted: January 5, 2006
Filed: January 20, 2006

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Alberto Torres pleaded guilty to conspiring to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] sentenced him to 210 months' imprisonment and 5 years' supervised release. Torres did not appeal. The government later filed a motion pursuant to Federal Rule of Criminal Procedure 35(b) to reduce the sentence. The district court granted the motion and reduced Torres's sentence to 120 months' imprisonment and 5 years' supervised release.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

On appeal, counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).  In pro se submissions, Torres claims ineffective assistance of counsel, but any such claim should be raised in a motion pursuant to 28 U.S.C. § 2255.  <u>See</u> <u>United States v. Lee</u>, 374 F.3d 637, 654 (8th Cir. 2004), <u>cert. denied</u>, 125 S. Ct. 2962 (2005).  Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we affirm the judgment, grant counsel's motion to withdraw, and deny Torres's request for new appellate counsel.

_____